```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00684
  CYNTHIA A FAULKNER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
     SSN XXX-XX-5373


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/12/08 and confirmed on 03/13/08.

     2.  The case was converted to Chapter 7 after confirmation, 03/02/2009.

     3.  The Debtor paid a total of $    1200.00 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
FIRST AMERICAN BANK        CURRENT MORTG         .00           .00            .00
BANK OF AMERICA            SECURED               .00           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         4428.31           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED        21788.82           .00            .00
DISCOVER BANK              UNSECURED         6191.05           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         2335.23           .00            .00
WASHINGTON MUTUAL CARD S   UNSECURED        NOT FILED          .00            .00
DISCOVER BANK              UNSECURED         2849.00           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        13722.13           .00            .00
         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00      51314.54         .00      51314.54
PRINCIPAL PAID          .00          .00           .00         .00           .00
INTEREST PAID           .00          .00           .00         .00           .00
TOTAL PAID              .00          .00           .00         .00           .00
```

The Debtor's attorney, PATRICK A MESZAROS                , was allowed $   3500.00
and was paid $    600.00  direct and $   1132.20   through the plan.

The Trustee received $     67.80 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


  Dated: 03/17/09                        /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 00684 CYNTHIA A FAULKNER